No. 75–6487. LUDWIN, TRUSTEE v. HOLYOKE MUTUAL FIRE INSURANCE CO. ET AL. Ct. App. Mass. Certiorari denied.

No. 75–6488. CARTER v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 75–6489. KAPLAN v. CONTINENTAL CAN CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–6500. RHOTEN v. VIRGINIA. Cir. Ct. Chesterfield County, Va. Certiorari denied.

No. 75–6502. WASHINGTON v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75–6542. BIBBS v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 75–6554. WHITTEN v. ANCHOR MOTOR FREIGHT, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–1264. MADISON ET VIR v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 74–6643. LEWIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–1405. MARSHALL FIELD & CO. v. SHOUP. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.